STATE OF CONNECTICUT *v.* WILLIAM PANNONE

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 111, is denied.

*Louis S. Avitabile,* in support of the petition.

Decided January 15, 1987

SEBASTIAN JACKSON ET AL. *v.* LUCILLE JOHNSON

The plaintiff's petition for certification for appeal from the Appellate Court, 9 Conn. App. 290, is denied.

*Michael W. Levy,* in support of the petition.

*Robert C. Danaher,* in opposition.

Decided January 15, 1987

STATE OF CONNECTICUT *v.* SCOTT BROWN

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 313, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided January 21, 1987

STATE OF CONNECTICUT *v.* IRA LAWRENCE

The defendant's petition for certification for appeal from the Appellate Court, 9 Conn. App. 313, is denied.

*Joseph G. Bruckmann,* assistant public defender, in support of the petition.

*Julia DiCocco Dewey,* assistant state's attorney, in opposition.

Decided January 21, 1987